IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Hannah Robertson, individually and on behalf of her minor child, R.R.S., <br><br> Plaintiffs, <br><br> vs. <br><br> Anderson Mill Elementary School, Spartanburg County School District #6, and Elizabeth Foster, individually and in her official capacity as Principal, <br><br> Defendants. | C.A. No. 7:19-CV-00668 <br><br><br> **DEFENDANTS' RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendants, Anderson Mill Elementary School, Spartanburg County School District Six, and Rebecca Foster (also known as Elizabeth Foster), individually and in her official capacity as Principal, by and through their undersigned counsel, hereby respond to the Court's Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**None.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**

**Plaintiffs have requested a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify:

    (1) each publicly owned company of which it is a parent, subsidiary, partner,

or affiliate;

  (2)  each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and

  (3)  each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

**Not applicable.  Defendants are not publicly owned companies.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01.

**ANSWER:**

**The Amended Complaint includes a federal claim based on conduct that allegedly occurred in Spartanburg County.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:

  (1)  a short caption and the full case number of the related action;

  (2)  an explanation of how the matters are related; and

  (3)  a statement of the status or the related action.

Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**No, this action is not related in whole or in part to any other matter filed in this District.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Defendant Foster's legal name is Rebecca Foster, and Defendant School District should be identified as Spartanburg County School District Six. However, Defendants do not believe the changes warrant the filing of an Amended Complaint to cure these deficiencies, but will accept service of such should the Court deem necessary.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**All potentially responsible parties have been named, however, it remains Defendants' position that Anderson Mill Elementary School, Ms. Foster, and any other School District employees are not proper parties to this action.**

Respectfully submitted,

HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA


By: s/ Jasmine Rogers Drain
Jasmine Rogers Drain, Fed. I.D. No. 10169
jdrain@hmwlegal.com

Kathryn Long Mahoney, Fed. I.D. No. 5878
kmahoney@hmwlegal.com

Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com

P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

Attorneys for the Defendants

April 3, 2019

Columbia, South Carolina