IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Hannah Robertson, individually and on behalf of her minor child, R.R.S., | ) ) ) ) | C.A. No. 7:19-cv-00668-TMC |
| Plaintiffs, | ) ) ) | **JOINT RESPONSE TO COURT ORDER OF JULY 9, 2019** |
| vs. | ) ) | |
| Anderson Mill Elementary School, Spartanburg County School District #6, and Elizabeth Foster, individually and in her official capacity as Principal, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendants Spartanburg County School District # 6, Anderson Mill Elementary School, and Elizabeth Foster, and Plaintiffs Hannah Robertson, individually and on behalf of her minor child, R.R.S., by and through their undersigned counsel, hereby responds to the Court's Order of July 9, 2019 as follows:

As a point of clarification for the record, the term "published," as it relates to this case, refers to a final draft of a student's writing sample being placed in the fourth grade classroom booklet/binder available for students to read in the classroom throughout the remainder of the school year. Essays of students in the fourth grade class were compiled and "published." Ms. Foster made arrangements for both essays written by R.R.S. to be published, and R.R.S.'s essays were removed at the request of Plaintiff.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

CHALMERS POSTON, LLC

By: s/ Eric C. Poston
    Eric C. Poston, Fed. I.D. No. 12436
    1320 Main Street, Suite 300
    Columbia, SC 29201
    (803) 463-4561
    eposton@chalmersposton.com

*Attorney for Plaintiffs*

HALLIGAN MAHONEY WILLIAMS
SMITH FAWLEY & REAGLE, PA

By: s/ Jasmine Rogers Drain
    Jasmine Rogers Drain, Fed. I.D. No. 10169
    jdrain@hmwlegal.com

    Thomas K. Barlow, Fed. I.D. No. 7483
    tbarlow@hmwlegal.com

    Kathryn L. Mahoney, Fed. I.D. No. 5878
    kmahoney@hmwlegal.com

    P.O. Box 11367
    Columbia, South Carolina 29211
    (803) 254-4035

*Attorneys for Defendants*

July 15, 2019
Columbia, South Carolina