FILED: March 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2157
(7:19-cv-00668-TMC)

_____

HANNAH ROBERTSON, Individually and on Behalf of her Minor Child, R.R.S.

 Plaintiff - Appellant

v.

ANDERSON MILL ELEMENTARY SCHOOL; SPARTANBURG COUNTY SCHOOL DISTRICT #6; ELIZABETH FOSTER, Individually and in Her Official Capacity as Principal

 Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered 03/02/2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*